UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------------x
PUTNAM INVESTMENT MANAGEMENT LLC,   Civil Action No.: 1:19-cv-11798

Plaintiff,   NOTICE OF DISMISSAL

    -against-

ACE AMERICAN INSURANCE COMPANY,

 Defendant.
------------------------------------------------------------------x

    PLEASE TAKE NOTICE that Plaintiff, PUTNAM INVESTMENT MANAGEMENT LLC, through its undersigned counsel, hereby dismisses the instant action, pursuant to Fed. R. Civ. P. 41(a)(i), with prejudice and without costs. Plaintiff requests that the Clerk of the Court now close this case.

Dated: October 4, 2019

    Respectfully submitted,

    /s/  Michael John Miguel
    Michael John Miguel (BBO #545942)
    mmiguel@mckoolsmith.com

    MCKOOL SMITH, P.C.
    One California Plaza
    300 South Grand Ave, Suite 2900
    Los Angeles, CA 90071
    Tel: (213) 694-1200

    **Counsel for Plaintiff**
    **Putnam Investment Management, LLC**